```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10115
   THURMAN CONNER SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1719

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/23/2008 and was confirmed 07/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/25/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
HSBC BANK/OCWEN LOAN       MORTGAGE NOTI   NOT FILED            .00           .00
CHASE AUTO FINANCE         SECURED VEHIC    28288.33         435.04        480.27
CHASE AUTO FINANCE         UNSECURED       NOT FILED            .00           .00
COOK COUNTY TREASURER      SECURED            800.00            .00         90.00
OCWEN FEDERAL BANK         CURRENT MORTG        .00             .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     4884.04            .00         89.22
MCI                        UNSECURED       NOT FILED            .00           .00
GMAC RESCAP LLC            UNSECURED       NOT FILED            .00           .00
PORTFOLIO ACQUISITIONS L   UNSECURED          990.61            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1409.87            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          625.56            .00           .00
TAMARA CONNER              NOTICE ONLY    NOT FILED            .00           .00
HSBC BANK USA              MORTGAGE NOTI  NOT FILED            .00           .00
B-REAL LLC                 UNSECURED          549.77            .00           .00
PREMIER BANKCARD           UNSECURED          487.56            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         2470.68            .00           .00
B-REAL LLC                 UNSECURED          413.00            .00           .00
COMMONWEALTH EDISON        FILED LATE         699.92            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,491.50                     3,491.50
TOM VAUGHN                 TRUSTEE                                          388.57
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               4,974.60

PRIORITY                                          .00
SECURED                                        659.49
   INTEREST                                    435.04
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 10115 THURMAN CONNER SR
```

```
ADMINISTRATIVE                                              3,491.50
TRUSTEE COMPENSATION                                          388.57
DEBTOR REFUND                                                    .00
                                     ---------------   ---------------
TOTALS                                      4,974.60          4,974.60
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE